HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN HANSEN and BETTE JORAM,

        Plaintiffs,

v.

GROUP HEALTH COOPERATIVE,

        Defendant.

CASE NO. C15-1436-RAJ

ORDER

This matter comes before the Court following a reversal and remand on appeal from the Ninth Circuit. Dkt. ## 31, 32. On May 19, 2016, this Court issued an Order (Dkt. #22) denying Plaintiffs Karen Hansen and Bette Joram's (collectively "Plaintiffs") Motion to Remand (Dkt. #11) and dismissing in part, granting and denying in part Defendant Group Health Cooperative's ("GHC") Motion to Dismiss (Dkt. #13). In that Order, this Court dismissed all of Plaintiffs' claims over which it had original jurisdiction. Dkt. #22 at 16-17.

On August 24, 2016, Plaintiffs appealed this Court's Order. Dkt. # 30. The Ninth Circuit Court of Appeals reversed this Court's exercise of subject matter jurisdiction in its dismissal of Plaintiffs' claims. Dkt. # 32 at 15. The Ninth Circuit remanded with instructions to this Court to remand the entire action to state court. *Id*.

ORDER- 1

Accordingly, the clerk is directed to remand this case, in its entirety, to King County Superior Court.

DATED this 17th day of October, 2018.

							*Richard A. Jones*
							The Honorable Richard A. Jones
							United States District Judge